

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00736-CV

Victor **HILDERBRAN**, Homer Ray Smith, Ramon Castro, Dean Paret, and Brad Bradley,
Appellants

v.

**TEXAS SOUTHWEST COUNCIL, INC., BOY SCOUTS OF AMERICA**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2022-07-34431-CV
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants' June 8, 2023 Motion to Strike Post-Judgment Submissions is DENIED. We lift the stays from our March 3, 2023 order. We tax costs of court for this appeal against Appellants. *See* TEX. R. APP. P. 43.4.

SIGNED June 26, 2024.

_____
Patricia O. Alvarez, Justice